JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELIA ALIPING,<br><br>        Plaintiff,<br><br>    v.<br><br>DONNA CAMPAGNOLO.<br><br>        Defendant(s). | Case No. 8:18-cv-00901-JLS-KES<br><br>ORDER STAYING ACTION PENDING FINAL SETTLEMENT, REMOVING CASE FROM ACTIVE CASELOAD, AND FILING OF DISMISSAL |

On October 29, 2018, Plaintiff filed a Notice of Settlement (doc. 29), indicating that the case has fully settled. Based thereon, the Court hereby orders all proceedings in the case stayed pending final settlement.

It is further ordered that this action is removed from the Court's active caseload, subject to the right upon good cause shown within thirty (30) days, to reopen the action if settlement is not consummated.

///

///

1 | The parties shall file a Stipulation of Dismissal no later than
2 | November 28, 2018. If no dismissal is filed, the Court deems the
3 | matter dismissed at that time.
4 | The Court retains full jurisdiction over this action and this
5 | order shall not prejudice any party in the action.

IT IS SO ORDERED.

DATED: October 29, 2018

                                          **JOSEPHINE L. STATON**
                                          HONORABLE JOSEPHINE L. STATON
                                          UNITED STATES DISTRICT JUDGE